UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOSE ANGEL MARTINEZ-CAMARILLO,

          Defendant.

CASE NO. 07CR0393-W

**JUDGMENT OF DISMISSAL**

FILED
APR - 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 8 USC 1325.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/2/07

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE